IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARCH INSURANCE COMPANY,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **JOHN O'BRIEN,**<br>　　　　　**Defendant.** | **NO.  16-1983** |

## O R D E R

**AND NOW**, this 23rd day of November, 2016, upon consideration of plaintiff's Proposed Findings of Fact and Conclusions of Law (Doc. No. 18, filed November 10, 2016), plaintiff's Supplemental Proposed Findings of Fact and Conclusions of Law (Doc. No. 21, filed November 18, 2016), and the evidence presented at a hearing on November 17, 2016, based on the Findings of Fact and Conclusions of Law in the accompanying Memorandum dated November 23, 2016, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Arch Insurance Company, and **AGAINST** defendant, John O'Brien, in the amount of $3,489,270.17, consisting of $3,098,858.17 in damages and $390,412.00 in pre-judgment interest, plus interest from the date of this Order at the per diem rate of $821.92.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**